IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN LUNG ASSOCIATION and NATIONAL PARKS CONSERVATION ASSOCIATION, | ) ) ) ) |
| Plaintiffs, | ) Civil Action No. 1:12-cv-00243 (RLW) |
| v. | ) (Judge Robert L. Wilkins) ) |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, and LISA JACKSON, Administrator, United States Environmental Protection Agency, | ) ) ) ) ) |
| Defendants. | ) ) |
| STATE OF NEW YORK, et al., | ) ) ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 1:12-cv-00531 ) (consolidated) |
| LISA P. JACKSON, as Administrator of the Environmental Protection Agency, and the UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, | ) ) ) ) ) |
| Defendants. | ) ) |

**DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT AS TO REMEDY**

Pursuant to Federal Rule of Civil Procedure 56 and Local Civil Rule 7(h), Defendants the United States Environmental Protection Agency and Lisa Jackson, Administrator of the United States Environmental Protection Agency (collectively "EPA") hereby move the Court for summary judgment as to remedy with respect to the claims in both of the Complaints filed herein. Specifically, EPA moves for the Court for entry of an order: (1) denying the Application

for a Preliminary and Permanent Injunction filed by Plaintiffs American Lung Association and National Parks Conservation Association; and (2) granting the relief proposed by EPA as the remedy for the statutory violation established by Plaintiffs' Complaints, by entering the attached Proposed Order.

In support of this motion, EPA submits: (a) its Memorandum in Opposition to Plaintiff ALA's Application for Preliminary and Permanent Injunction and in Support of Cross-Motion for Summary Judgment to Remedy, and the attachments thereto, all of which are hereby incorporated into and made a part of this Cross-Motion by reference; and (b) its Statement of Undisputed Material Facts, which is attached to this Cross-Motion. In addition, the Court's scheduling order permits EPA to file a reply in further support of its Cross-Motion no later than May 16, 2012, and the matter is scheduled for a non-evidentiary hearing on May 31, 2012.

                Respectfully submitted,

                IGNACIA S. MORENO
                Assistant Attorney General
                Environment and Natural Resources Division

DATED:  May 4, 2012      By:   /s/ Brian H. Lynk
                BRIAN H. LYNK, D.C. Bar No. 459525
                Trial Attorney
                U.S. Department of Justice
                Environmental Defense Section
                P.O. Box 7611
                Washington, D.C.  20044
                (202) 514-6187 (telephone)
                (202) 514-8865 (facsimile)
                brian.lynk@usdoj.gov

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this 4th day of May, 2012, I electronically filed the foregoing Defendants' Cross-Motion for Summary Judgment as to Remedy, and thereby caused it to be served by electronic transmission to the following counsel of record, all of whom are registered to use this Court's CM/ECF system:

Paul R. Cort
Earthjustice
426 17th Street, 5th Floor
Oakland, CA  94612
pcort@earthjustice.org
David S. Baron
Earthjustice
1625 Massachusetts Ave., NW, Suite 702
Washington, D.C.  20036-2212
dbaron@earthjustice.org

Michael J. Myers
Assistant Attorney General
for the State of New York
Environmental Protection Bureau
The Capitol
Albany, NY  12224
michael.myers@ag.ny.gov

Susan Durbin
Deputy Attorney General
for the State of California
1300 I Street, P.O. Box 944255
Sacramento ,CA 94244-2550
susan.durbin@doj.ca.gov

Valerie M. Satterfield
Office of the Delaware State Attorney General
102 W. Water Street
Dover, DE 19904
valerie.satterfield@state.de.us
Leslie R. Seffern
Assistant Attorney General for the

State of Washington
Office of the Attorney General, Ecology Division
P.O. Box 40117
Olympia, WA  98504-0117
LeslieS@atg.wa.gov

Paul Logan
Oregon Department of Justice
1515 SW Fifth Avenue, Suite 410
Portland, OR  97201
paul.s.logan@doj.state.or.us

Mary E. Raivel
Assistant Attorney General
Office of the Attorney General of Maryland
Maryland Department of the Environment
1800 Washington Boulevard, Suite 6048
Baltimore, MD  21230
mraivel@mde.state.md.us

Gregory S. Schultz, SAAG
State of Rhode Island, Department of Attorney General
150 South Main Street
Providence, RI  02903
gschultz@riag.ri.gov

I Andrew Goldberg
Assistant Attorney General for the
Commonwealth of Massachusetts
Massachusetts Office of the Attorney General
One Ashburton Place, 18th Floor
Boston, MA  02108
andy.goldberg@state.ma.us

Thea Schwartz
Assistant Attorney General for the
State of Vermont
Office of the Attorney General
109 State Street
Montpelier, VT  05609-1001
tschwartz@atg.state.vt.us

I further certify that on the same date, a true and correct copy of the above was sent by first-class mail, postage prepaid, to the following non-CM/ECF participants:

Kimberly P. Massicotte
Assistant Attorney General for the
State of Connecticut
Office of the Attorney General
55 Elm Street
Hartford, CT 06106

Tannis Fox
Assistant Attorney General for the
State of New Mexico
Office of the Attorney General
Water, Environment, and Util. Division
P.O. Drawer 1508
Santa Fe, NM  87504-1508

/s/ Brian H. Lynk
Brian H. Lynk

Case 1:12-cv-00243-RLW   Document 28   Filed 05/04/12   Page 6 of 6