IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN LUNG ASSOCIATION and NATIONAL PARKS CONSERVATION ASSOCIATION,<br><br>      Plaintiffs,<br>   v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, and LISA JACKSON, Administrator, United States Environmental Protection Agency,<br><br>      Defendants. | )<br>)<br>)<br>)<br>) Civil Action No. 1:12-cv-00243 (RLW)<br>) (Judge Robert L. Wilkins)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| STATE OF NEW YORK, et al.,<br><br>      Plaintiffs,<br>   v.<br><br>LISA P. JACKSON, as Administrator of the Environmental Protection Agency, and the UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>      Defendants. | )<br>)<br>)<br>)<br>) Civil Action No. 1:12-cv-00531<br>) (consolidated)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANTS' STATUS REPORT

Defendants the United States Environmental Protection Agency and Lisa Jackson, Administrator of the United States Environmental Protection Agency (collectively "EPA") hereby give notice to the Court and the parties that on May 29, 2012, EPA submitted its draft proposed rule concerning review of the national ambient air quality standards ("NAAQS") for particulate matter ("PM") pursuant to 42 U.S.C. § 7409(d) to the White House Office of

Management and Budget for the purpose of commencing interagency review.  <u>See</u> McCarthy

Declaration dated May 4, 2012, at ¶¶ 18 (describing interagency review process and noting EPA

"expect[ed] to submit the proposed rule for interagency review in the very near term").

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | IGNACIA S. MORENO<br>Assistant Attorney General<br>Environment and Natural Resources Division |
| DATED:  May 30, 2012          By: | /s/ Brian H. Lynk<br>BRIAN H. LYNK, D.C. Bar No. 459525<br>U.S. Department of Justice<br>Environmental Defense Section<br>P.O. Box 7611<br>Washington, D.C.  20044<br>(202) 514-6187 (telephone)<br>(202) 514-8865 (facsimile)<br>brian.lynk@usdoj.gov |

# CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on this 30th day of May, 2012, I electronically filed the foregoing Defendants' Status Report and thereby caused it to be served by electronic transmission to the following counsel of record, all of whom are registered to use ECF in this Court:

Paul R. Cort
Earthjustice
426 17th Street, 5th Floor
Oakland, CA  94612
pcort@earthjustice.org

David S. Baron
Earthjustice
1625 Massachusetts Ave., NW, Suite 702
Washington, D.C.  20036-2212
dbaron@earthjustice.org

Michael J. Myers
Assistant Attorney General
for the State of New York
Environmental Protection Bureau
The Capitol
Albany, NY  12224
michael.myers@ag.ny.gov

Susan Durbin
Deputy Attorney General
for the State of California
1300 I Street, P.O. Box 944255
Sacramento ,CA 94244-2550
susan.durbin@doj.ca.gov

Valerie M. Satterfield
Office of the Delaware State Attorney General
102 W. Water Street
Dover, DE 19904
valerie.satterfield@state.de.us

Leslie R. Seffern
Assistant Attorney General for the
State of Washington
Office of the Attorney General, Ecology Division
P.O. Box 40117
Olympia, WA  98504-0117
LeslieS@atg.wa.gov

Paul Logan
Oregon Department of Justice
1515 SW Fifth Avenue, Suite 410
Portland, OR  97201
paul.s.logan@doj.state.or.us

Mary E. Raivel
Assistant Attorney General
Office of the Attorney General of Maryland
Maryland Department of the Environment
1800 Washington Boulevard, Suite 6048
Baltimore, MD  21230
mraivel@mde.state.md.us

Gregory S. Schultz, SAAG
State of Rhode Island, Department of Attorney General
150 South Main Street
Providence, RI  02903
gschultz@riag.ri.gov

I Andrew Goldberg
Assistant Attorney General for the
Commonwealth of Massachusetts
Massachusetts Office of the Attorney General
One Ashburton Place, 18th Floor
Boston, MA  02108
andy.goldberg@state.ma.us

Thea Schwartz
Assistant Attorney General for the
State of Vermont
Office of the Attorney General
109 State Street
Montpelier, VT  05609-1001
tschwartz@atg.state.vt.us

I further certify that a true and correct copy of the above was sent by first-class mail, postage prepaid, to the following non-CM/ECF participants:

Kimberly P. Massicotte
Assistant Attorney General for the
State of Connecticut
Office of the Attorney General
55 Elm Street
Hartford, CT 06106

Tannis Fox
Assistant Attorney General for the
State of New Mexico
Office of the Attorney General
Water, Environment, and Util. Division
P.O. Drawer 1508
Santa Fe, NM 87504-1508

                                              /s/ Brian H. Lynk
                                              Brian H. Lynk